## Commonwealth *v.* Holmes, Appellant.

Argued September 19, 1973.

*Joseph Michael Smith,* with him *F. Emmett Fitzpatrick, Jr.,* for appellant; *James T. Ranney,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.